IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

*v.*

14 ASSORTED FIREARMS AND 166 ROUNDS OF ASSORTED AMMUNITION, MORE PARTICULARLY DESCRIBED IN ATTACHMENT A,

DEFENDANTS.

Civil Action No.

**VERIFIED COMPLAINT FOR FORFEITURE**

NOW COMES Plaintiff United States of America, by Ryan K. Buchanan, United States Attorney, and Norman L. Barnett, Assistant United States Attorney, for the Northern District of Georgia, and shows the Court the following in support of its Verified Complaint for Forfeiture:

**NATURE OF THE ACTION**

1. This is a civil forfeiture action against 14 firearms and 166 rounds of ammunition, more particularly described in Attachment A (collectively, "Defendant Firearms and Ammunition") that the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized on March 29, 2024 during the execution of a Federal search warrant at 6230 Pembroke Way, Douglasville, Georgia.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

3. This Court has in rem jurisdiction over the Defendant Firearms and Ammunition pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. §1395 because the property is located in this district.

5. The Defendant Firearms and Ammunition are presently in the custody of the ATF in a secure location in this district.

## BASIS FOR FORFEITURE

### Relevant Statutes

6. The Defendant Firearms and Ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d) on the grounds that they were involved in or used in a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon).

7. The Defendant Firearms and Ammunition are also subject to forfeiture pursuant to 18 U.S.C. 924(d) on the grounds that they were involved in or used in a violation of 18 U.S.C. § 922(g)(3) (possession of a firearm by an unlawful user or addict of a controlled substance).

8. Pursuant to 21 U.S.C. § 802, a "controlled substance" is a "a drug or other substance, or immediate precursor, included in schedule I, II, III, IV, or V" of 21 U.S.C. § 812.

9. Methamphetamine is a Schedule II controlled substance pursuant to 21 U.S.C. § 812.

10. Marijuana is a Schedule I controlled substance pursuant to 21 U.S.C. § 812.

**Factual Background**

11. On or about March 29, 2024, ATF executed a Federal search warrant at 6230 Pembroke Way, Douglasville, Georgia ("Pembroke Way Residence"), as part of an investigation to recover firearms from Joshua Phillips, who the ATF had determined was prohibited from possessing firearms due to prior felony convictions.

12. ATF's investigation revealed that Joshua Phillips had been previously convicted of at least one of the following felony offenses:

- Possession of Marijuana with Intent to Distribute, in Paulding County, Georgia in 2013; and
- Possession of a Schedule II Controlled Substance, in Douglas County, Georgia in 2022.

13. Law enforcement officers had also determined that the Pembroke Way Residence was Joshua Phillips's primary residence.

14. Upon arrival at the Pembroke Way Residence, law enforcement officers cleared the residence and detained the three occupants of the house: Joshua Phillips, his father, Joseph Phillips, and Carissa Vinson.

15. The investigation revealed that Carissa Vinson had previously been convicted of the following felony offenses:

- Facilitation of Aggravated Burglary, in Knox County, Tennessee in 2014; and
- Theft of Property, in Grainer County, Tennessee in 2019.

16. ATF escorted Joseph Phillips to a government-issued vehicle.

17. Agents mirandized Joseph Phillips.

18. After being informed of his Miranda Rights, Joseph Phillips waived his rights and agreed to speak with law enforcement officers.

19. ATF asked Joseph Phillips if he knew about Joshua Phillips's activities.

20. In response, Joseph Phillips said he knew his son (Joshua Phillips) used drugs and had firearms in the residence.

21. Joseph Phillips later said that Joshua Phillips used

methamphetamine, marijuana, and possibly heroin.

22. Joseph Phillips also said some of the firearms in the residence belonged to him but others belonged to Joshua Phillips.

23. According to Joseph Phillips, Joshua Phillips stored guns throughout the house.

24. ATF asked Joseph Phillips if Joseph Phillips used illegal drugs.

25. Joseph Phillips initially denied using illegal drugs.

26. Later, however, while Joseph Phillips was speaking with agents, he said it was difficult to keep a job because he smoked methamphetamine.

27. Joshua Phillips declined to be interview by law enforcement officers.

28. Joshua Phillips was arrested by the Douglas County Sheriff's Office for violations of Georgia law, including possession of a firearm by a convicted felon, possession of a firearm during the commission of a crime, and theft by receiving stolen property.

29. During the search of the Pembroke Way Residence, law enforcement officers found what, based on the training and experience of officers involved in the investigation, appeared to be a laboratory designed to manufacture illegal drugs.

30. The following photograph fairly and accurately depicts the suspected

laboratory located at the Pembroke Way Residence:



31. During the search, law enforcement officers discovered multiple firearms and various assorted caliber ammunition throughout the residence, including the Defendant Firearms and Ammunition.

32. Specifically, in a bedroom, which by information and belief, belonged to Joshua Phillips, law enforcement officers located one LONE WOLF R & D LLC TWC Pistol CAL:9 SN:C1AC880, which was loaded with .40 caliber ammunition in an extended magazine.

33. The following photographs fairly and accurately depict the loaded LONE WOLF R & D LLC TWC Pistol CAL:9 SN:C1AC880, located in Joshua Phillips's room:





34. Law enforcement officers also located one BERETTA USA CORP 92X CENTURION Pistol CAL:9 SN:92X0077959, loaded with a magazine containing 16 rounds of 9mm ammunition, in Joshua Phillips's bedroom.

35. The following photograph fairly and accurately depicts the loaded BERETTA USA CORP 92X CENTURION Pistol CAL:9 SN:92X0077959, that law enforcement officers located in Joshua Phillips's room:




36. Law enforcement officers also located assorted ammunition and several firearms in the master bedroom, which by information and belief, belonged to Joseph Phillips.

37. Specifically, law enforcement officers located the following firearms in the master bedroom:

a. One Bushmaster, model Carbone15, SN#CRB025624, .556 caliber rifle;

b. One AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID Rifle CAL:556 SN:NS238420;

c. One MOSSBERG 500 CROWN GRADE Shotgun CAL:20 SN:J075231;

d. One SPRINGFIELD ARMORY, GENESEO,IL M1 Rifle CAL:30 SN:2492987;

e. One NORINCO (NORTH CHINA INDUSTRIES) 4 Rifle CAL:22 SN:8300218;

f. One COLT MKIV Pistol CAL:45 SN: fa33341;

g. One Privately Manufactured Firearm (Unknown Manufacturer) Rifle CAL:556;

h. One PLAINFIELD MACHINE CO. M1 Rifle CAL:30 SN:18055;

i. One COLT MK IV MUSTANG Pistol CAL:380 SN:MS13395; and

j. One HS PRODUKT (IM METAL) XD9 SUB-COMPACT Pistol CAL:9 SN:GM909399.

38. The following photograph fairly and accurately depicts the firearms that law enforcement officers located in the master bedroom of the Pembroke Way Residence:



39. Additionally, law enforcement officers located 75 rounds of assorted ammunition and 42 rounds of 9mm ammunition in the master bedroom.

40. Law enforcement officers located one Webley and Scott (WNS),

model 600, 12-gauge shotgun, SN# H9A20752, in the garage of the Pembroke Way Residence.

41. The following photograph fairly and accurately depicts the Bushmaster shotgun located in the garage:



42. Law enforcement officers also located 75 rounds of assorted ammunition in the garage.

43. Prior to the execution of the search warrant, law enforcement also discovered photographs depicting Joshua Phillips posing with firearms sent by Instagram and Facebook accounts believed to be operated by Joshua Phillips.

44. Some of the photographs posted on social media depict Joshua Phillips posing with some of the firearms the ATF seized from the Pembroke Way Residence.

45. The following photograph is a fair and accurate copy of a photograph of Joshua Phillips holding an apparent pistol with an extended magazine and standing next to an apparent rifle in the front yard of the

Pembroke Way Residence from an Instagram account believed to belong to Joshua Phillips:



46. By information and belief, the firearm depicted on the ground next to Joshua Phillips appears to be similar to the Privately Manufactured Firearm (Unknown Manufacturer) Rifle CAL:556, ATF seized from the Pembroke Way Residence.

47. The following photograph is a fair and accurate copy of a

photograph depicting Joshua Phillips holding an apparent shotgun from an Instagram account believed to belong to Joshua Phillips:



48. By information and belief, the apparent shotgun held by Joshua Phillips in the photograph appears to be similar to the Webley and Scott (WNS), model 600, 12-gauge shotgun, SN# H9A20752, ATF seized from the Pembroke Way Residence.

*Interstate or Foreign Nexus of Defendant Property*

49. ATF determined that the Defendant Firearms, except the Privately

Manufactured Firearm (Unknown Manufacturer) Rifle CAL:556, were manufactured outside the State of Georgia and, given that they were located in the State of Georgia, traveled in or affected interstate or foreign commerce.

50. ATF further determined that the Privately Manufactured Firearm (Unknown Manufacturer) Rifle CAL:556 affected interstate commerce since the possession of firearms by dangerous and potentially violent individuals prohibited under 18 U.S.C. § 922(g), in the aggregate, substantially affects interstate commerce.

*Administrative Proceedings*

51. ATF initiated administrative proceedings against the Defendant Firearms and Ammunition, on or about April 18, 2024.

52. On April 30, 2024, ATF received an administrative claim from Joseph Phillips.

53. On the administrative claim, Joseph Phillips listed 6320 Pembroke Way, Douglasville, Georgia 30134 as his address.

54. Pursuant to 18 U.S.C. § 983(a)(3), ATF referred the matter for judicial forfeiture to the U.S. Attorney's Office for the Northern District of Georgia.

**FIRST CLAIM FOR FORFEITURE**
**18 U.S.C. § 924(d)**

55. The United States re-alleges and incorporates by reference

Paragraphs 1 through 54 of this Indictment as if fully set forth herein.

56. Based on the foregoing, the Defendant Firearms and Ammunition are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d) on the grounds that they were involved in or used by an individual who has been convicted of a crime punishable by imprisonment for a term exceeding one year in violation of 18 U.S.C. § 922(g)(1).

**SECOND CLAIM FOR FORFEITURE**
**18 U.S.C. § 924(d)**

57. The United States re-alleges and incorporates by reference Paragraphs 1 through 54 of this Indictment as if fully set forth herein.

58. The Defendant Firearms and Ammunition are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d) on the grounds that they were involved in or used by an individual who is an unlawful user of or addicted to a controlled substance in violation of 18 U.S.C. § 922(g)(3).

**PRAYER FOR RELIEF**

WHEREFORE, the United States prays:

(1) that the Court forfeit the Defendant Firearms and Ammunition to the United States of America;

(2) that the Court award the United States the costs of this action; and

(3) such other and further relief as the Court deems just and proper.

This 29th day of July 2024.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*
*600 U.S. Courthouse*
*75 Ted Turner Drive SW*
*Atlanta, GA 30303*
*(404) 581-6000 fax (404) 581-6181*

/s/NORMAN L. BARNETT
*Assistant United States Attorney*
Georgia Bar No. 153292
Norman.barnett@usdoj.gov

Attachment A

1. One Webley and Scott (WNS), model 600, 12-gauge shotgun, SN# H9A20752, seized on March 29, 2024.

2. One Bushmaster, model Carbone15, SN#CRB025624, .556 caliber rifle, seized on March 29, 2024.

3. One AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID Rifle CAL:556 SN:NS238420, seized on March 29, 2024.

4. One MOSSBERG 500 CROWN GRADE Shotgun CAL:20 SN:J075231, seized on March 29, 2024.

5. One SPRINGFIELD ARMORY, GENESEO,IL M1 Rifle CAL:30 SN:2492987, seized on March 29, 2024.

6. One NORINCO (NORTH CHINA INDUSTRIES) 4 Rifle CAL:22 SN:8300218, seized on March 29, 2024.

7. One COLT MKIV Pistol CAL:45 SN: fa33341, seized on March 29, 2024.

8. One Privately Manufactured Firearm (Unknown Manufacture) Rifle CAL:556, seized on March 29, 2024.

9. One PLAINFIELD MACHINE CO. M1 Rifle CAL:30 SN:18055, seized on March 29, 2024.

10. One LONE WOLF R & D LLC TWC Pistol CAL:9 SN:C1AC880, seized on March 29, 2024.

11. One COLT MK IV MUSTANG Pistol CAL:380 SN:MS13395, seized on March 29, 2024.

12. One HS PRODUKT (IM METAL) XD9 SUB-COMPACT Pistol CAL:9 SN:GM909399, seized on March 29, 2024.

13. One COLT 1911 Pistol CAL:45 SN:4646ET0, seized on March 29, 2024.

14. One BERETTA USA CORP 92X CENTURION Pistol CAL:9 SN:92X0077959, seized on March 29, 2024.

15. 42 Rounds ASSORTED Ammunition CAL:9, seized on March 29, 2024.

16. 17 Rounds Assorted Ammunition CAL:40, seized on March 29, 2024.

17. 9 Rounds SPEER Ammunition CAL:9, seized on March 29, 2024.

18. 7 Rounds ASSORTED Ammunition CAL:20 Gauge, seized on March 29, 2024.

19. 16 Rounds ASSORTED Ammunition CAL:9, seized on March 29, 2024.

20. 75 Rounds of Assorted ammunition, seized on March 29, 2024.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>*v.*<br><br>14 ASSORTED FIREARMS AND 166 ROUNDS OF ASSORTED AMMUNITION, MORE PARTICULARLY DESCRIBED IN ATTACHMENT A,<br><br>DEFENDANTS. | Civil Action No. |

**VERIFICATION OF COMPLAINT FOR FORFEITURE**

I, Corey Sullivan, have read the Complaint for Forfeiture in this action and state that its contents are true and correct to the best of my knowledge and belief based upon my personal knowledge of the case and upon information obtained from other law enforcement personnel.

/

/

/

/

/

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 29th day of July 2024.

Corey J. Sullivan

COREY SULLIVAN
SPECIAL AGENT
U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES